1  THE SEHAT LAW FIRM, PLC
2  Cameron Sehat, Esq. (SBN 256535)
   5100 Campus Drive, Suite 200
3  Newport Beach, CA
4  Telephone: (949) 825-5200
   Facsimile: (949) 313-5001
5  Email: cameron@sethatlaw.com
6  Attorney for Plaintiff, Shawn Barber

7
8  S. FRANK HARRELL – SBN 133437
   sharrell@lynberg.com
9  MERILY SANCHEZ – SBN 339206
10 msanchez@lynberg.com
   LYNBERG & WATKINS
11 A Professional Corporation
12 1100 Town & Country Road, Suite #1450
   Orange, California 92868
13 (714) 937-1010 Telephone
14 (714) 937-1003 Facsimile
   Attorneys for Defendants COUNTY OF ORANGE,
15 DEPUTY PEFLEY, DEPUTY DISTLER and DEPUTY FAOUR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BARBER, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE, a governmental entity; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 8:21-cv-00031CJC(SPG-JDEx)<br>Judge: Hon. Sherilyn Peace Garnett<br><br>**PLAINTIFF SHAWN BARBER NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

-1-

PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that counsel for parties SHAWN BARBER and COUNTY OF ORANGE, BRENDEN PEFLEY, JAMES DISTLER, and MINO FAOUR have agreed on settlement. The parties request that the Court vacate all pending litigation dates and deadlines as related to Plaintiff BARBER only so as to permit conservation of client time and resources.

Upon finalization of the settlement and the execution of a mutually agreed upon release, Plaintiff BARBER will dismiss his entire case against all defendants with prejudice. Plaintiff BARBER intends to file a Stipulation for Dismissal of his Complaint with Prejudice pursuant to the approved settlement of this matter upon delivery of the Settlement Draft.

Dated: July 15, 2024                    THE SEHAT LAW FIRM, P.L.C.

                                        By:/s/ Cameron Sehat
                                        Attorney for Plaintiff

**PROOF OF SERVICE BY MAIL**

I am employed in the County of Orange, State of California, I am over the age of eighteen years and not a party to the within-entitled action. My business address is: 5100 Campus Dr., Ste. 200, Newport Beach, CA 92660. On July 15, 2024, I served the foregoing document described as:

**PLAINTIFF SHAWN BARBER NOTICE OF SETTLEMENT**

To all interested parties in this action as follows:

**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

  X    **BY MAIL**
I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

  X    **BY ELECTRONIC TRANSMISSION**
By transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth above.

  X    **FEDERAL**
I declare that I am employed in the office of a member of the bar of this court at        whose direction the service was made.

Executed on July 15, 2024 at Newport Beach, California.

1 | */s/ Jennifer Munguia*
2 | Jennifer Munguia, Paralegal