1  THE SEHAT LAW FIRM, PLC
   Cameron Sehat, Esq. (SBN: 256535)
2  Jeffrey Mikel, Esq. (SBN 350671)
3  5100 Campus Drive, Suite 200
   Newport Beach, CA 92612
4  Telephone: (949) 825-5200
5  Facsimile: (949) 313-5001
6  email: cameron@sehatlaw.com

7  Attorneys for SHAWN BARBER, individually,

8

9
            UNITED STATES DISTRICT COURT
10
              CENTRAL DISTRICT OF CALIFORNIA
11

12 | SHAWN BARBER, individually,        | Case No.: 8:21-cv-00031CJC(SPG-JDEx)
13 |                                    | Judge: Hon. Sherilyn Peace Garnett
14 |           Plaintiffs,              |
15 |    v.                              | **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**
16 | COUNTY OF ORANGE, a governmental entity; and DOES 1 through 10, inclusive, |
17 |                                    |
18 |           Defendants.              |
19

20

21     **TO THIS HONORABLE COURT AND TO ALL PARTIES AND**
22
   **THEIR ATTORNEYS OF RECORD**: please take notice that Plaintiff Shawn
23
   Barber, individually, by and through their attorneys of record; and COUNTY OF
24
   ORANGE, BRENDEN PEFLEY, JAMES DISTLER, and MINO FAOUR
25
   Individually; and DOES 1 through 10, by and through their attorneys of record,
26
27 hereby stipulate for dismissal as follows:

28

-1-

1  This action in its entirety, including all claims against Defendants, has been
2  resolved, and the parties hereby stipulate to dismiss the entire action with
3  prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii).  Each party shall bear their own
4  costs and attorneys' fees.

5  Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby
6  certify that the content of this document is acceptable to all parties listed above,
7  by and through their counsel of record, and that each has obtained authorization
8  from each party's counsel to affix their electronic signatures to this document.

Dated: July 26, 2024                THE SEHAT LAW FIRM, PLC


                                    By: /s/   Cameron Sehat
                                    Cameron Sehat, Esq.
                                    Jeffrey Mikel. Esq.
                                    Attorneys for Plaintiff


                                    LYNBERG & WATKINS


                                    By: /s/   Frank Harrell
                                    Lynberg & Watkins, Esq.
                                    Frank Harrell, Esq.
                                    Attorneys for Defendants
                                    COUNTY OF ORANGE,
                                    DEPUTY PEFLEY, DEPUTY
                                    DISTLER and DEPUTY FAOUR

-3-

**Signature Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 26, 2024                    THE SEHAT LAW FIRM, PLC

                                        By: /s/   Cameron Sehat
                                        Cameron Sehat, Esq.
                                        Jeffrey Mikel. Esq.
                                        Attorneys for Plaintiff